IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MICHAEL MARSHALL                                                                    PLAINTIFF

vs.                                                              Civil Action No. 3:08-cv-62 HTW-LRA

JACKIE PARKER, ET AL.                                                              DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that defendants' [53] motion to dismiss is granted. The complaint is dismissed without prejudice. This dismissal applies to all named defendants.

SO ORDERED, this the 21st day of May, 2010.

s/ HENRY T. WINGATE
CHIEF JUDGE
UNITED STATES DISTRICT COURT